1  MICHAEL A. MAURER, WSBA #20230
   MICHAEL D. FRANKLIN, WSBA #34213
2  LUKINS & ANNIS, P.S.
   1600 Washington Trust Financial Center
3  717 W Sprague Ave
   Spokane, WA 99201-0466
4  Telephone: (509) 455-9555
   Facsimile: (509) 747-2323
5  mmaurer@lukins.com
6  mfranklin@lukins.com
   Attorneys for Defendants
7

8                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON
9                          AT SPOKANE

10

11  MICHAEL PHILLIPS, individually and
    on behalf of all others similarly situated,          NO.
12
                               Plaintiffs,
13                                                        NOTICE OF REMOVAL

14        v.

15
    J.R. SIMPLOT COMPANY, a Nevada
16  Corporation, and DOES 1-10, inclusive,

17                             Defendant.

18  _____

19                        **NOTICE OF REMOVAL**

20

21        Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant J.R. SIMPLOT

22  COMPANY ("Defendant") hereby removes to this Court the state court action as

23  set forth below.

24
          ///
25

26

NOTICE OF REMOVAL: 1

01204299.1  9/18/19

1

## NATURE OF THE CASE

2

3    1.    The removed case is a civil action initially filed on September 3,

4    2019, by Plaintiff Michael Phillips, individually and on behalf of all others

5    similarly situated (collectively the "Plaintiffs") in the Superior Court of

6    Washington in and for Franklin County styled, *Michael Phillips, individually and*

7
    *on behalf of all others similarly situated, Plaintiff, v. J.R. Simplot Company, a*

8
    *Nevada Corporation, and Does 1-10, inclusive, Defendant*, Case No. 19-250984-

9
10    11 ("State Court Action").

11
    2.    Plaintiffs' Complaint asserts causes of action for Failure to Pay

12
13    Hourly and Separate Wages for Time Spent on Statutory Rest Periods, Failure to

14
    Pay Minimum Wage for All Hours Worked, Failure to Satisfy Wage Obligations

15
16    Assumed Through Contract, and Double Damages for Willful and Intentional

17    Withholding of Wages against Defendant. See **Exhibit A** (Class Action Complaint

18
    filed in Franklin County Superior Court).

19
20    3.    As required by 28 U.S.C. § 1446(a), true and correct copies of all

21    process, pleadings, orders, and records of other proceedings that have been filed

22
    and served upon or delivered to Defendant in the State Court Action are attached

23
24    as **Exhibit A**.

25    ///

26

NOTICE OF REMOVAL: 2

01204299.1  9/18/19

# BASIS FOR FEDERAL JURISDICTION

4.      This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because Defendant has satisfied the procedural requirements for removal and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

## DIVERSITY OF CITIZENSHIP EXISTS
## BETWEEN THE PARTIES

5.      Pursuant to the Complaint, Plaintiff Michael Phillips is a resident of the State of Washington. See **Exhibit A** (Complaint) at ¶ 4. The purported class at issue only involves residents of Washington State. See **Exhibit A** (Complaint) at ¶ 20.

6.      Defendant J.R. Simplot Company is a Nevada corporation with its principal offices and place of business located in Boise, Idaho. See **Exhibit A** (Complaint) at ¶ 5. Defendant is therefore a citizen of the State of Nevada. See 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State where it has its principal place of business . . . .").

7.      Thus, there is complete diversity between all properly-joined parties to this action.

        ///

NOTICE OF REMOVAL: 3

01204299.1  9/18/19

## THE AMOUNT IN CONTROVERSY
## REQUIREMENT IS SATISFIED

8.    The amount in controversy in this case exceeds the sum or value of $75,000, exclusive of interest and costs. See 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs . . . .").

9.    Although Plaintiffs' Complaint does not expressly state an amount in controversy, it is filed on behalf of a purported class of approximately 60 current and former employees seeking the recovery of alleged unpaid wages for rest periods, pre- and post-trip inspections, and other non-driving tasks from February 2017 to the present.    Assuming Plaintiff's claim for monetary damages is representative of the class the alleged damages at issue exceed $75,000. In addition to monetary damages, the Complaint seeks equitable relief in the form of declaratory judgments.    Plaintiffs also seek attorneys' fees, exemplary damages, interest and costs, which were not used in calculation of the amount in controversy.

12.    In actions seeking equitable relief, it is well established that the amount in controversy is measured by the value of the object of the litigation. See Hunt v. Wash. State Apple Adver. Comm'n, 432 U.S. 333, 347, 53 L.Ed.2d 383,

NOTICE OF REMOVAL: 4

01204299.1  9/18/19

1  97 S.Ct. 2434 (1977). The value of the object of litigation is measured by the

2  losses that will follow from enforcement. See id. at 347.

4      13.    In the present action, the sum or value of the monetary damages and

5  equitable relief sought exceeds $75,000.

6      14.    Thus, this action may be removed to this Court by Defendants under

7  28 U.S.C. § 1441(a) because (1) this matter is a civil action pending within the

8

9  jurisdiction of the United States District Court for the Eastern District of

10 Washington; (2) the action is between properly-joined citizens of different states;

11

12 and (3) the amount in controversy exceeds the sum or value of $75,000, exclusive

13 of interest and costs.

14     15.    Nothing in this Notice of Removal shall constitute an admission of

15

16 liability of any claim in these proceedings. Any calculation of assessed or

17 potential damages is made solely to determine diversity for this matter.

18                    **TIMELINESS OF REMOVAL**

19

20     16.    Under 28 U.S.C. § 1446(b), this removal is timely. This Notice of

21 Removal is filed within 30 days of the September 3, 2019 filing of the initial

22

23 pleading and service upon Defendant of the same. See **Exhibit B**

24

25

26

NOTICE OF REMOVAL: 5

01204299.1  9/18/19

**VENUE IS PROPER**

17.    For purposes of removal, the United States District Court for the Eastern District of Washington is the proper venue under 28 U.S.C. § 1441(a) because the District encompasses Franklin County, Washington, the location of the State Court Action.

**FILING OF REMOVAL PAPERS**

18.    Pursuant to 28 U.S.C. § 1446(d), written notice of this removal has been provided simultaneously to Plaintiff and the Superior Court for the State of Washington in and for the County of Franklin. See **Exhibit C**.

19.    Based upon all of the foregoing, Defendant hereby removes the above-captioned State Court Action from the Superior Court for the State of Washington in and for the County of Franklin to the United States District Court for the Eastern District of Washington.

DATED this 23rd day of September, 2019.

LUKINS & ANNIS, P.S.


By /s/ Michael D. Franklin
    MICHAEL A. MAURER
    WSBA #20230
    MICHAEL D. FRANKLIN
    WSBA #34213
    Attorneys for Defendant J.R.
    Simplot Company

NOTICE OF REMOVAL: 6

01204299.1  9/23/19

1

## CERTIFICATE OF SERVICE

2

I HEREBY CERTIFY that on the 23rd day of September, 2019, I caused to

3

4

be served a true and correct copy of the foregoing document to the following:

5     India Lin Bodien                                    ☒     U.S. Mail
      INDIA LIN BODIEN, ATTORNEY AT LAW                   ☐     Overnight Mail
6     2522 N. Proctor St., #381                           ☐     Hand Delivered
7     Tacoma, WA 98406-5338                               ☐     Telecopy/Facsimile
      Email: india@indialinbodienlaw.com                  ☒     Email
8

9     Attorney for Plaintiff

10

11    Craig J. Ackermann
      Brian Denlinger
12    ACKERMANN & TILAJEF, P.C.                           ☒     U.S. Mail
13    2602 N. Proctor St., Suite 205                      ☐     Overnight Mail
      Tacoma, WA 98406-5338                               ☐     Hand Delivered
14    Email: cja@ackermanntilajef.com                     ☐     Telecopy/Facsimile
15           bd@ackermanntilajef.com                      ☒     Email

16    Attorneys for Plaintiff

17

18

19    _____
              EVELYN J. GOODWIN, Legal Assistant
20

21

22

23

24

25

26

NOTICE OF REMOVAL: 7

01204299.1  9/23/19