UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL PHILLIPS, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>J.R. SIMPLOT COMPANY, a Nevada Corporation, and DOES 1-10, inclusive,<br><br>                  Defendants. | NO: 4:19-CV-5234-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 18). The parties agree that the above captioned action should be dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice as to the claims of the putative class. The parties further agree that each party shall bear its own costs and attorneys' fees. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion to Dismiss, ECF No. 18, is **GRANTED**. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this matter are **DISMISSED** with prejudice as to Plaintiff and **DISMISSED** without prejudice as to the putative class.  Each party shall bear its own costs and attorneys' fees.

2. The **STAY** in this case is lifted and all deadlines are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 1, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2